Cathine Gordon: Individual officially filing complaint

Against/ Witnesses/ Persons with Information?

Arnold Gordon ( affiliated with a group that has altered business documents and inflicted mental and emotional harm and abuse to aid women that I knew from the past to commit fraud and theft as well as the plot to harm me continuously lacing of my food and drink, multiple individuals have approached in public with aggression to conduct acts of violence with his direction and manipulation, HIS MENTAL STABILITY SHOULD BE INQUESTION, HE IS NOT MY POWER OF ATTORNEY I DO NOT NEED ONE HE HAS LIED TO THE LEGAL SYSTEM REGARDING MY MENTAL CAPICITY AND CONTINUES TO PUT MY WELL BEING AND HEALT IN JEOPARDY I HAVE NEVER AND WILL NEVER HAVE CONTRACTUAL AGREEMENTS WITH THIS MAN )

Kristelle Cedeno ( began diabolical scheming to cause distress and to sabotage me at my past place of employment, enciting group aggression and rioting by contacting multiple individuals throughout my life by accessing my social media accounts and emails, toacquire any opportunities or prospects with the help of several family members, using her illness as a manipulation tactic, and contacting religious groups with false information concerning my religious practices to scapegoat and chastise me everyway. Contacting my property group when I was a residence at The Beacon to orchestrate a misleading account of my residency. Passing my personal information along to individuals that ultimately frauded and stole from me financially)

Krystal (Past resident of the Hague also a past highschool friend) May have info in regards to a PPP Loan

Vaughn Evelyn

Michael Gordon

Latonya Washington (I have no affiliation contracts business or otherwise and its been implied that this individual may have acquired my business changed the name and altered documents pertaining to property deed fraud and also to force a fake affiliation entered my space on several occasions and used old IDS and personal documents to accomplish this)

Clarence Samuel ( no current affiliation partaking in aiding individuals to falsify documents and diligate to Latonya Washington AND Michelle (unaware of her last name, to enter my space and past places of residency to steal and destroy my personal property to force a fake affiliation and may have information regarding sexual assault) ALONG WITH MULTIPLE OTHER WOMEN. I DO NOT HAVE ANY CONTRACTUAL AGREEMENTS BUSINESS OR OTHERWISE ITS BEEN IMPLIED HIS ASSOCIATION TO SOMEONE THAT CHANGED THEIR NAME TO MINE AFTER ALREADY COMMITING FRAUD TO ACCEPT FINANCES IN MY NAME. MY TRANSUNION REPORT PROVES MY IDENTITY THEFT CLAIMS. TD BANK REP BY THE NAME OF DEREK VIEWED THIS DOCUMENMT BEFORE CHANGES WERE MADE TO IT. I HAVE MORE THAN ONE DISPUTE REGARDING IMPROPER CHARGES. USING MY IDENTITY FOR HOTEL VISITS AND STAYS TO FAKE CONTACT.

Alan Gold (Past employer who was aware of the fraudulent activity regarding my business allowed 1 or more employees to back door and involve themselves with my LLC and apply for official benefits and potential licensing they have since cleaned this up by without my knowledge or consent form my business as a S/C Corp. Allowed the narrative of sharing my cell phone line and anything pertaining to me to very disturbed individuals believing my likeness should be shared for a non existent polyamorus relationship. Allowing family member to be paid underneath my hourly wages and to accept payments in regards to my business after amending my registered agent to legal zoom. Please refer to him for information regarding the actions of several women against me he was able to keep tabs on me via my phone line and residency through his lack of trust because I was his sole employee and he was contacted multiple times with complaints regarding my competency regarding the position due to jealousy and sabotage.

Steve Rosen (Alan Gold's partner)

Richard Charles (NYPD officer I had a past friendship with)

Lance Walters (NYPD Officer that was a past patient)

Donald Gordon (An Uncle I have never met but resides in Chicago but was contacted by my father when his actions were being brought to light in his haste to acquire legal assistance)

Tristan Weeks (may have information regarding rape)

Anessa Joseph (HAS INFORMATION REGARDING TRESPASSING AT A PAST PLACE OF RESIDENCY 88 Van Reypen)

Glory Velez

Lousia Vasquez

Amina Warner

Shyerrah Jackson (HAD UNAUTHORIZED ACCESS TO A PREVIOUS PHONE LINE AND IPHONE BUGGED MY PHONE VISUALLY AND VIA MICROPHONE SPREAD THYE NARRATIVE OF FALSE RELATIONSHIPS AWARE OF BUSINESS FRAUD AND PARTOOK IN TI AS WELL AS SEXUAL ASSAULT)

Jennifer (CO WORKER THAT HAD UNAUTHORIZED USE OF MY DEVICES IMPEDED ON MY INTELLECTUAL PROPERTY AND MAY HAVE PARTOOK IN IDENTITY THEFT)

Janet Youn ( DENTIST THAT HACKED AND STOLE MY INFORMATION ILLEGAL SURVILLANCE AND PLAGERISM I NEVER WORKED FOR HER OR WITH HER)

Danielle Tarulli

Angel Joel

Ronald Dollaway

Robert Ellis

Jabrieele Muahummad (also known as 19 keys)

Michelle (may be nicknamed love)

Marie

Rebecca

Marc Lowenberg

Neil Gross

Arlene Gross

Jayslee Machacado

Lawrence Polyniece

James (agent for the IRS)

Antonio (mta Employee)

Richard Charles

Residents/Neighbors of 280 Herkimer St.

JC Salons (GRANT OPPORTUNITY THAT INCITED COLLECTIVE HARASSMENT AND FRAUD TO AID INDIVIDUAL OR INDIVIDUALS TO COVER UP A LOAN THAT WAS MISUSED)

Parkside Dental Care

Unique Dental Care

Stacey Periovikos

Shinda Management Corp

Greystar/ The Beacon Jersey City

Mary Kang

Cutting Room Studios

Andrew Geller

Sachi Salons

Kings County Hospital

79t Precinct

Jay Suites

Piece of Cake Storage Facility

Rent a Center (Jersey City)

Jasco Realty

Joanne Carr

Benedict Bassy

TMOBILE

Verizon

Dumbo Moving

Leasing Management Office

Gina Kim

Aflac Life Insurance (Kimberly Marshall Point of Contact)

New York Presbyterian

Mount Sinai

Dr. Cindy  Samouha

Linda

Bridget Feinmore

Legal Aide Society

ON RECORD I HAVE NOT BEEN OFFICALLY APPROACHED BY LAW ENFOREMENT OR AN ATTORNEY REGARDING ANY SUITS OR ALLEGATIONS CHARGES OR COURT APPEARANCES. MY MAIL HAS BEEN INTERCEPTED IN THE PAST AND MY EMAILS HACKED.

Residence:  Property theft Deed Fraud

Flasifying court appearances: A zoom court appearance that I wasn't informed of June 2022/2023

Past Employment: Daily use of employees to cause mental distress by moving and taking my personal items and involving my personal information to cause harm.

Intellectual Property: Sam. Gov research and federal contracts. Currently my music being deleted and stolen from my property. My laptop disappearing at PC Richards for two weeks. Mobile services allowing those using old IDS to utilize my line.

False Contracts/ Business Arrangements: I REQUESTED MY FOIL THREE TIMES AND I NEVER RECEIVED IT.

False Asssociation: : I Have No agreements have been made with family members or associates to be involved or conduct business whatsoever. No relationship or marriage agreements. I amended through legal zoom my registered agent in November 2023. All paperwork should have been given to me and only me.

Misinformation/ Implied Info/Officials Misleading with Information/Errors: More than one official location has been instructed to turn me away and not assist. 9 Bond Street. Department of taxation and finance informed me of night court when I was inquiring the deed fraud only for the defendants lawyer to take my ID and further alter documentation to change the ownership and deals for the individuals listed.

Causing emotional and mental PTSD Trauma Daily: Removing of my property constantly alteration of documents to question my memory constant gaslighting. For example my daughters hospital stay at kings county. Property management group located 30 E. 60 th St. due to a racial incident in an elevator fear of lawsuit. Discrediting my recollection etc.

Influential Interference:Clearly persons with financial resources and influence were able to notify Banking system before hand. Business and companies as well as ensure the public response to me was not only aggressive but stalking and harassing.

Misuse of Law enforcement/ False Reporting: Filing false reports against me with not only no evidence whatsoever but contacting people with lies and hysteria.

Non- Consensual surveillance and experimentation and research: Due to a false account of a genuine relationship or prospects of amazing opportunities and positive attention and noterity family members and past friends as well as strangers began to watch and view me privately and illegally.

Malicious hinderance/ Blacklisting for personal gain: Temp agencies being contacted and not divulging full information that the employment hinderance was to ensure keeping my property and

business due to lack of capital. Fake interviews from companies or under the guise of employees. Contacting companies and business informing them to not work with me or encouraging a negative narrative.

Property Theft / Tax Fraud:

IRS ENFORCEMNT IS AWARE. TURBO TAX REMOTELY HACKED THIS MAY INCLUDE JANET YOUN OR DR. GOLD IS AWARE. H&R Block denied me access to completing my taxes stating they were done already. E23rd and fifth.

Defamation of character: Again non existant affliations has businesses and the public have a preconceived notion that I reneged on a contract or that I am a threat to society.

Inciting rioting/ Stalking and harassment: All over the tri state area individuals have approached and spoke inappropriately within my vicinity these things have been caught on public cameras.

Unethical business practices: Backdoored and not notified and gave no consent to changes or agreements.

Mishandling of Food and other items of consumption: I have been drugged on many occasions after eating and drinking or touch contact of surfaces. Ive gone to the hospital many times and notified law enforcement.

Banking Institutions involved with Fraud and cover ups: Citibank (Mint account), TD Bank (zelle), Chase business account, American xpress cabbage. Too many discrepancies.

Encouraging aiding and assisting with identity theft: My birth certificate social security cards as well as my daughters regarding employment health insurance etc. Police reports have been filed when these items have gone missing.

Inflicting Bodily harm and assault against me physically: MY hair and my flesh has been cut and I have been molested during my state of rest Ive tried to report this but told due to lack of evidence and to protect these individuals security cameras have been confiscated and erased when I approached the security company. Ive contacted shinda management corp. Their compliance employee mentioned my daughter and myself to be illegal occupants after reporting these occurrences. I am now being threatened by my family to have to move having to visit the urban hud

assoiciation federally funded. Speaking out has them acting against me to ensure homelessness for me and my daughter after committing fraud and abusing myself.

Copying my likeness and false cases without my appearance and or involvement: Most of my history via social media and documentation being discarded.

False power of attorney: Unauthorized Xrays and neurological viewing by medical professionals stating I use 2% capacity of my brain. Drugging me constantly to ensure the narrative of being unfit and unable. I WILL BE INCAPACITATED IF THIS WAS THE CASE. I AM 100% DRUG FREE PURPOSEFULLY AND WILLFULLY FOR ALMOST THREE YEARS PROUDLY!

Unauthorized medical practices: Improper research and non consent to experiment and research me. Fight or flight responses. Neurological testing. Energetic frequency manipulation. Military personnel may be aware of this. It has been suggested that a past employer partook in the device hypnotherapy while in state of unconsciousness.

Racial Harassment: Public racism and racial profiling. Elevator incident 30 E. 60 th St. Public insanity.

Forced coercion/ blackmail: Past struggles with substance abuse and unknown affiliation with questionable charcters had said individuals above use it as scare tactics to shut me up and continue fraud.

Conspiring to commit murder/ rape/ inflict homelessness: The ongoing lacing of all things I consume the Aflac life insurance cash out. The stalking and changes to my existing identity and aiding other individuals to live under the guise of myself or continue on as a replica of me I thought it was just to inquire property or business opportunities but because of its persistence its clear that a more sinister plot is at hand. THIS IM 100% SURE ABOUT. I am being hidden and hindered to work and be free. I am not apart of the occult, cult, religious sects, false governments, I am not married legally ( due to relocation and lack of communication for over 10 years that past union null and void to Eric Ngassa of Cameroon), I have no contractual agreements or overseer power of attorney situation of any kind.

Violation of my human rights. Using illegal devices and scientific means for mental and emotional entrapment and coercion: I have awoken to recordings or microphone hacking of my phones and suggestive false memories and events to again defamation of character and public ridicule.

Motives: Financial/ Personal gain. Cover up and clean up of fraud within the system and to assist individuals with fame and influence. County clerks offices and state/ city offices clearly providing misinformation and falsely redirecting me. Malicious bias and fear of past actions coming to light. Hopes for fame and stardom. Jealous obsession to be another person. Encouragement to assist in criminal activity against me due to a false narrative and false reporting. Spreading fake news invading my privacy via emails devices and social media accounts and contacting multiple individulas to blacklist and outcast me to affect my livelihood and defame me to acquire attention and to gain assistance to sabotage and discredit me.

I am using the prose route because this was my last course of action to take to even get a complaint or some kind of investigation started. I will need an attorney at least for discovery. I am constantly being put in compromising reactive situations to easily gather or obtain a narrative of me being violent and abusive. As I mentioned above with unauthorized drug testing I am being drugged daily my health is being greatly compromised. Ive purchased a test myself requested tests on several occasions at major hospitals and clinics fearing at some point my health will start to fail having to deal with this daily. Ive been approached publicly with aggression and disrespect. Plenty of illusions have been placed so if my mental capacity or state of mind is in question I will gladly allow a psychiatric evaluation and request at least some of my claims be looked into through witnesses and or cctv!