UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHINE GORDON,<br><br>                            Plaintiff,<br><br>      -against-<br><br>ARNOLD GORDON, ET AL.,<br><br>                           Defendants. | 24-cv-6971 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 22, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                    Chief United States District Judge